UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | } | |
| VALLEY LUMBER COMPANY, INC. | } | CASE NO. 17-72121-CRJ-11 |
| | } | |
| | } | CHAPTER 11 |
| Debtor(s). | } | |

ORDER DENYING JOINT MOTION FOR ORDER
UNDER 11 U.S.C. § 105 TO EXTEND INJUNCTIVE
RELIEF PROVIDED DEBTOR UNDER 11 U.S.C. § 362
TO INSIDER/NON-DEBTOR DEFENDANTS
IN STATE COURT LITIGATION

This case came before the Court on January 22, 2018 for hearing on Joint Motion for Order under 11 U.S.C. § 105 to Extend Injunctive Relief Provided Debtor under 11 U.S.C. § 362 to Insider/Non-Debtor Defendants in State Court Litigation (hereinafter "Joint Motion") filed by Roger H. Bedford, Jr. and Steven D. Hammock (hereinafter collectively "Movants") and Objection by TCO Supplies, LLC to the Joint Motion. Appearing at the hearing were Stuart Maples, Esq. and Mary Ena Heath, Esq., counsel for the Debtor; Fred Garfield, Esq., counsel for Roger Bedford; Kevin Gray, Esq., counsel for TCO Supplies, LLC; Cynthia Slate-Cook, Esq., counsel for Bank Independent; and Richard Blythe, Esq., counsel for the Bankruptcy Administrator.

Prepetition, TCO Supplies, LLC filed a civil action against the Debtor and the Movants in the Circuit Court of Colbert County, Alabama, styled *TCO Supplies, LLC v. Valley Lumber Co., Inc., et al.*, Civil Action no 2017-900286 (hereinafter the "State Court Action"). The Movants seek to extend the protections of the automatic stay afforded to the Debtor to the Movants individually by enjoining the State Court Action. The Movants argue that allowing the litigation to continue against them individually will impose a financial hardship on the Movants thereby negatively impacting their ability to direct the Debtor's successful reorganization. TCO Supplies,

LLC argues that there is no basis for the Court to extend the stay to the Movants or to impose an injunction pursuant to 11 U.S.C. § 105.

For the reasons stated on the record, the Court finds that the Joint Motion for Injunctive relief should be denied as the Movants have failed to establish that they are entitled to the relief requested by demonstrating any "unusual circumstances" warranting an extension of the stay to the Movants individually.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Joint Motion is **DENIED.**

Dated this the 24th day of January, 2018.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge