# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 1126−8 | User: twalker | Date Created: 1/24/2018 | |
| Case: 17−72121−CRJ11 | Form ID: pdfsty | Total: 135 | |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
9590958    Hackleburg Water
9590980    Northwest Alabama Gas

    TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ba     Rachel L. Webber        Rachel_Webber@alnba.uscourts.gov
ba     Richard M Blythe        Richard_Blythe@alnba.uscourts.gov
aty    Andrew James Shaver     ashaver@maynardcooper.com
aty    Cynthia R Slate−Cook    Cindyslatecook@aol.com
aty    Frederick Mott Garfield fmg@spain−gillon.com
aty    Kevin C Gray            kgray@bradley.com
aty    Kevin D. Heard          kheard@heardlaw.com
aty    Mark P. Williams        mpwilliams@nwkt.com
aty    Stuart M Maples         smaples@mapleslawfirmpc.com
aty    William M. Hancock      bankruptcy@wolfejones.com

    TOTAL: 10

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Valley Lumber Company, Inc.    PO Box 280    Hackleburg, AL 35564
cr      TCO Supplies, LLC    c/o Bradley Arant Boult Cummings LLP    200 Clinton Ave. W, Suite 900    Huntsville
cr      CB&S Bank, Inc    PO Box 910    Russellville, AL 35653
cr      Interstate Billing Service    c/o Cindy Slate Cook    PO Box 1344    Decatur, al 35602
cr      Canfor Southern Pine, Inc.    100−1700 West 75th Ave.    Vancouver, BC V6P 6G2 CANADA
intp    Roger H. Bedford, Jr.    P.O. Box 370    Russellville, AL 35653
intp    Steve Hammack    Heard, Ary & Dauro, LLC    303 Williams Ave.    Park Plaza, Suite 921    Huntsville, AL 35801
cr      Lincoln Lumber Company, Inc.    414 County Farm Road    P.O. Box 453    Brookhaven, MS 39602−0453
smg     Richard Blythe    BA Decatur    P O Box 3045    Decatur, AL 35602
9590935   *Ashland    50 East RiverCenter Blvd    Covington, KY 41011
9590938   *Barge Forest Products    PO Box 72    Macon, MS 39341
9590942   *Canfor Southern    PO Box 535742    Atlanta, GA 30353
9590948   *Compressors & Tool    PO Box 2296    Tupelo, MS 38803
9590952   *Dixieland Trucking    PO Box 214    Fulton, MS 38843
9590930   *Internal Revenue Service    Centralized Insolvency Operations    PO Box 7346    Philadelphia, PA 19101
9591820   *Interstate Billing Services, Inc.,    as the assignee of Bank Independant    PO Box 2250    Decatur, AL 35609
9590964   *Joe N. Miles & Sons    PO Box 743770    Atlanta, GA 30374
9590969   *Koppers    PO Box 932818    Cleveland, OH 44193
9590971   *Lincoln Lumber    PO Box 453    Brookhaven, MS 39602
9590978   *MPE Services    PO Box 1418    Russellville, AL 35653
9590975   *Meteor Express    PO Box 2222    Decatur, AL 35609
9590981   *Online    2275 Waters Dr    Mendota Heights, MN 55120
9591875   *Panther Trucking LLC    PO Box 370    Russellville, AL 35654
9590986   *Rex Lumber    PO Box 7    Graceville, FL 32440
9590987   *Shuqualak    PO Box 68    Shuqualak, MS 39361
9590990   *Springer Equ    4263 Underwood Industrial Dr    Birmingham, AL 35210
9590998   *TQL    PO Box 634558    Cincinnati, OH 45263
9591002   *West Fraser    PO Box 951646    Dallas, TX 75395
9590933   AL Electric Motor    1714 Wall St.    Sheffield, AL 35660
9590936   AW Williams    PO Box 2107    Mobile, AL 36601
9590932   Aflac    1932 Wynnton Rd.    Columbus, GA 31999
9590934   AlaComp    Dept. B    PO Box 830520    Birmingham, AL 35205
9591823   Alabama Deptartment of Revenue    50 North Ripley St.    Montgomery, AL 36132
9591003   Attn: Melanie Patterson    Weyerhaeuser NR Company    220 Occidental Ave. S.    Seattle, WA 98144
9590937   Bank Independent    PO Box 5000    Sheffield, AL 35660
9613625   Barge Forrest Productions    c/o John Odem Attorney    210 West Tennessee Street    Florence, AL 35630
9590939   Bayou Forest    3885 Choupique Rd    Sulphur, LA 70665
9590940   Ben Puckett    Hackleburg, AL 35564
9590941   Brandon Steward    2087 Nix Mill Rd    Hackleburg, AL 35564
9590944   CB&S Bank    PO Box 910    Russellville, AL 35653
9590943   Canfor Southern Pine, Inc.    c/o Andrew J. Shaver    Birmingham, AL 35203
9590945   Century Link    241 Business Park Blvd.    Suite A    Madison, AL 35758

| | | | | |
|---|---|---|---|---|
| 9590946 | Clark Fincher | 1681 County Hwy 71 | Hackleburg, AL 35564 | |
| 9590947 | Coast to Coast | 4277 Valley Fair St. | Simi Valley, CA 93063 | |
| 9590949 | Consolidated Forest Products | 155 County Highway 62 | Bear Creek, AL 35543 | |
| 9590953 | DMSI | 17002 Marcy Street, Ste 200 | Omaha, NE 68118 | |
| 9591836 | De Lage Financial | PO Box 41602 | Philadelphia, PA 19101 | |
| 9591819 | De Lage Landen Financial Services | 1111 Old Easgle School Road | Wayne, PA 19087 | |
| 9590950 | Delage Fin | PO Box 41602 | Philadelphia, PA 19101 | |
| 9590951 | Dell Financial | PO Box 5275 | Carol Stream, IL 60197 | |
| 9599198 | EULER HERMES N.A. as Agent for HANKINS, INC. | 800 Red Brook Blvd, #400C | Owings Mills, MD 21117 | |
| 9590954 | F&S Equipment | PO Box 2012 | Birmingham, AL 35201 | |
| 9590955 | First Insurance | PO Box 7000 | Carol Stream, IL 60197 | |
| 9590956 | Hackleburg Fire | PO Box 297 | Hackleburg, AL 35564 | |
| 9590957 | Hackleburg Hardware | 125 Boyd Street | Hackleburg, AL 35564 | |
| 9591844 | Hackleburg Water | 529 Walker St. | Hackleburg, AL 35564 | |
| 9590959 | Haleyville Saw Shop | 1556 Hwy 243 South | Haleyville, AL 35565 | |
| 9590960 | Haleyville Welding | PO Box 816 | Haleyville, AL 35565 | |
| 9590961 | Hall Metal Work | 1110 Co Hwy 107 | Hamilton, AL 35570 | |
| 9590962 | Hamilton Petroleum | PO Box 1167 | Hamilton, AL 35570 | |
| 9590963 | Hankins | PO Box 1000 Dept 306 | Memphis, TN 38148 | |
| 9591011 | INTERNAL REVENUE SERVICE, CIO | P.O. BOX 7346 | 2970 MARKET STREET | PHILADELPHIA, PA 19101–7346 |
| 9590923 | Internal Revenue Service | P.O. Box 7346 | Philadelphia, PA 19101–7346 | |
| 9591850 | J&J Auto Parts | 1420 11th Ave. | Haleyville, AL 35565 | |
| 9591851 | J&J Dispatch | PO Box 1465 | Hamilton, MT 59840 | |
| 9591852 | Jasper Lumber | PO Box 1425 | Jasper, AL 35502 | |
| 9591853 | Jims | 1404 Tenth Ave West | Jasper, AL 35501 | |
| 9605334 | John S. Odem | Attorney for Barge Forrest Productions | 210 West Tennessee St. | Florence, AL 35630 |
| 9590965 | John Thorn | 620 Sugg Mountain Rd | Russellville, AL 35654 | |
| 9590966 | Johnson & Hood | 41075 Hwy 195 | Haleyville, AL 35565 | |
| 9590929 | Joyce White Vance | US Attorney General | 1801 4th Ave North | Birmingham, AL 35203 |
| 9590967 | King Lumber | PO Box 1479 | Forest, MS 39074 | |
| 9590968 | King of Freight | 110 S Main St Ste 300 | Wichita, KS 67202 | |
| 9590970 | Landstar | PO Box 784293 | Philadelphia, PA 19178 | |
| 9591861 | Liberty National | PO Box 24899 | Oklahoma City, OK 73124 | |
| 9613953 | Lincoln Lumber Company, Inc. | P.O. Box 453 | Brookhaven, MS 39602 | |
| 9591863 | Lonza | 1200 Bluegrass Lakes Pkwy | Alpharetta, GA 30004 | |
| 9590927 | Loretta Lynch US Attorney General | US Dept. of Justice | 950 Pennsylvania Ave NW | Washington, DC 20530 |
| 9590928 | Luther Strange | Alabama Attorney General | PO Box 300152 | Montgomery, AL 36130 |
| 9590972 | Maiweave LLC | 1800 East Pleasant St | Springfield, OH 45505 | |
| 9590973 | Marion County Property Tax | PO Box 489 | Hamilton, AL 35570 | |
| 9590974 | McMaster Carr | PO Box 7690 | Chicago, IL 60680 | |
| 9590976 | Monoitronics | Dept CH 8628 | Palatine, IL 60055 | |
| 9590977 | Motion Industries | 802 Second St | Muscle Shoals, AL 35661 | |
| 9590979 | NFBA | 8735 W Higgins Rd Ste 300 | Chicago, IL 60631 | |
| 9591872 | Northwest Alabama Gas | 310 2nd St. | Hamilton, AL 35570 | |
| 9591873 | OCC Tax | PO Box 830725 | Birmingham, AL 35283 | |
| 9590982 | Post Office Box | 429 Walker St | Hackleburg, AL 35564 | |
| 9590983 | Pricey Trucking | 490 Price Rd | Phil Campbell, AL 35581 | |
| 9590984 | Quill | PO Box 37600 | Philadelphia, PA 19101 | |
| 9590985 | R&D Transportation | PO Box 494 | Bracey, VA 23919 | |
| 9591880 | RDS | PO Box 830900 | Birmingham, AL 35283 | |
| 9591882 | Roger Bedford | PO Box 370 | Russellville, AL 35653 | |
| 9590989 | SPIB | PO Box 10915 | Pensacola, FL 32524 | |
| 9590922 | Secretary of the Treasury | 1500 Pennsylvania Ave., NW | Washington, DC 20220 | |
| 9590988 | Southern Accounting | PO Box 3299 | Muscle Shoals, AL 35662 | |
| 9605206 | Southern Mississippi Trading LLC | PO | Waynesboro, MS 39367 | |
| 9591885 | Southern Mississippi Trading, LLC | PO Drawer 391 | Waynesboro, MS 39367 | |
| 9590931 | State of Alabama | Department of Revenue Legal Division | PO Box 320001 | Montgomery, AL 36132 |
| 9590991 | Steel City | PO Drawer 36189 | Birmingham, AL 35236 | |
| 9591889 | Steve Hammack | 531 St. Clair St. SE | Russellville, AL 35653 | |
| 9590992 | Steve Lock Smith | 1868 Guthrie Cut Rd | Hamilton, AL 35570 | |
| 9590993 | Sureway Transportation | 222 2nd Ave N Ste 415 | Nashville, TN 37201 | |
| 9590994 | T&S Hauling | PO Box 1011 | Russellville, AL 35653 | |
| 9590996 | TCO Supplies, LLC | c/o G. Rick Hall | Tuscumbia, AL 35674 | |
| 9590995 | Tallmadge Septic | 962 Co Rd 62 | Haleyville, AL 35565 | |
| 9610717 | The Westervelt Company | 1400 Jack Warner Parkway NE | Tuscaloosa, AL 35404 | |
| 9590997 | Thompson Tractor | PO Box 934005 | Atlanta, GA 31193 | |
| 9590921 | U.S. Securities and Exchange Commission | Regional Director Branch of Reorganizat | Atlanta Regional Office, Suite 900 | 950 East Paces Ferry Road | Atlanta, GA 30326 |
| 9590999 | UPS | PO Box 30549 | Charleston, SC 29417 | |
| 9590924 | United States Attorney | Northern District of Alabama | 1801 Fourth Avenue North | Birmingham, AL 35203 |
| 9590925 | United States Bankruptcy Administrator | Northern District of Alabama | 1800 Fifth Avenue North | Birmingham, AL 35203 |

| | | | |
|---|---|---|---|
| 9591898 | Valley Land Co. | PO Box 370 | Russellville, AL 35653 |
| 9591000 | Waste Management | PO Box 9001054 | Louisville, KY 40290 |
| 9591001 | Wathas | PO Box 637 | Hamilton, AL 35570 |
| 9591902 | Westervelt | PO Box 48999 | Tuscaloosa, AL 35404 |
| 9591903 | Weyerhaeuser NR Co/Att Melanie Patterson | 220 Occidental Ave. S. | Seattle, WA 98144 |
| 9591004 | Wholesale Wood | PO Box 2068 | Dothan, AL 36302 |
| 9591005 | Williams Tire | 33912 St Hwy 43 | Hackleburg, AL 35564 |
| 9591906 | Woodperfect | PO Box 382017 | Birmingham, AL 35238 |
| 9591007 | YRC | PO Box 730375 | Dallas, TX 75373 |
| 9591006 | Young Welding | PO Box 700 | Sheffield, AL 35660 |
| 9591008 | Zigelmeyer Man | 5009 Griffin Creek Rd | Medford, OR 97501 |

TOTAL: 123