IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| VALLEY LUMBER COMPANY, INC., | ) CASE NO. 17-72121-CRJ-11 |
| EIN: XX-XXX9615 | ) CHAPTER 11 |
| | ) |
| Debtor. | ) |

## BALLOT FOR ACCEPTING OR REJECTING PLAN

This Ballot is being sent to all creditors. It is important that you cast your Ballot to accept or reject the Debtor's Plan of Reorganization on this Ballot form. Please sign this Ballot and return it to the Clerk of the United States Bankruptcy Court as instructed below.

Valley Lumber Company, Inc. filed its First Plan of Reorganization on October 9, 2018.

This Ballot has been prepared for you to record and file your acceptance or rejection of this Plan. The Plan can be confirmed by the Court and made binding on a class of creditors if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds the Plan accords fair and equitable treatment to the class rejecting it. TO HAVE YOUR VOTE COUNT, YOU MUST COMPLETE AND RETURN THIS BALLOT TO THE UNITED STATES BANKRUPTCY COURT, POST OFFICE BOX 2748, DECATUR, ALABAMA, 35602, BY 5:00 P.M. CENTRAL TIME ON NOVEMBER 12, 2018. A COPY SHOULD ALSO BE MAILED TO MAPLES LAW FIRM, PC, 200 CLINTON AVENUE WEST, SUITE 1000, HUNTSVILLE, ALABAMA, 35801.

Class 1 – Allowed Secured Claims:

| | |
|---|---|
| Class 1(a)(i) Claim No. 9 of Bank Independent | [ ] |
| Class 1(a)(ii) Claim No. 8 of Bank Independent | [ ] |
| Class 1(b) CB&S | [ ] |
| Class 1(c) DeLage Landen Financial Services | [ ] |
| | |
| Class 2 – Unsecured Claims | [ ✓ ] |
| | |
| Class 3 – Equity Interest Holders | [ ] |

Vote to: [ ✓ ] accept the Plan of Reorganization.
         [ ] reject the Plan of Reorganization.

NAME: __TCO Supplies, LLC__
(Print or Type)
ADDRESS: __2800 Woodward Ave. Muscle Shoals, AL 35661__

AMOUNT OF CLAIM: $ __435,215.84__

BY: __[Signature]__     (Date) __Nov. 12, 2018__
(Signature)
__Pat C. Hardin__
(Print or Type Name)